Judith L. Summers HOOK, as Administratrix of the Estate of Jack R. Summers, Appellant-Petitioner, v. Jerry C. ROTHSTEIN, M.D., Respondent.

(320 S. E. (2d) 35)

Supreme Court

## ORDER

Aug. 24, 1984.

This is a wrongful death action brought against a physician for negligently failing to inform his patient of the risks involved in a proposed medical procedure. The Court of Appeals affirmed a judgment for the physician, holding that the appropriate standard in an informed consent case is the "professional medical standard." *Hook v. Rothstein,* 316 S. E. (2d) 690 (S. C. App. 1984).

Appellant petitions this Court pursuant to Supreme Court Rule 55 for a writ of certiorari to review the decision of the Court of Appeals. Although a novel question of law is presented, we deny the petition because we believe the case was correctly decided.